BEFORE THE FIRST DIVISION, JANUARY 13, 1949

No. 52804.—The Fan Co. et al. v. United States, protests 26987-K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of mah jong sets, artificial ivory figures, and other articles composed of synthetic resin similar in all material respects to those the subject of Abstracts 51306 and 51959. The claim at 20 percent under paragraph 1558 was therefore sustained.